**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2016

JEFFREY P. COLWELL
CLERK

James Everett Dutschke
v
United States Bureau of Prisons

Clerk of the Court,

In July, I submitted to Denver district court, via mail, my 2241 petition and a 25 page supporting brief; additionally I requested the case number so I could submit a motion to file my exhibits, some of which are marked as "sensitive", under seal.

To be specific:

1 — The 2241 application and brief were given to proper staff

2 — The envelope was properly marked "Legal Mail" (7-28-16), but was left unsealed because your published rules require the filing fee check to be enclosed

   a — The facility's "business office" writes the check according to the (BP 199) "green form" which was attached to the envelope.

   b — Because I cannot write a check from inside my cell, I trusted the "business office" to write and enclose the check, seal and mail the Legal mail within 24 hours as is required by law and by the BOP's own policy — (Program Statement 5800-10, 305-306).

   c — Additionally, I attached a postal service 'certificate of mailing' to the envelope, because I assumed they would screw it up.
   They Did.

3 — As of this date, 8-10-16, the postal certificate of mailing has not returned which indicates it has NOT been mailed. As of this date, the trust fund notice of the $5 withdrawal has not been served which indicates the $5 fee has not even been "cut" yet, therefore this facility is still "sitting" on my Legal mail, a clear, obvious and self evident violation of my Constitutional Right to Access

4 — Additionally, I now am privy that the filing itself has been disseminated to executive and legal staff; copies of my filing to the court made and read (already) by executive staff, the very parties named in the 2241 petition.

In other words, the ADX staff opened my Legal mail, copied it

and passed it around (a discussion I already had with the associate warden), and therefore "intercepted" my legal mail... (They read it BEFORE you even got it!)... and has refused to send it to the court. In short, I trusted them to do the right thing. They failed.

As a result, I do NOT have a number OR a filing because of their interference which amounts to a literal crime of constitutional magnitude. (Nor do I have contrary confirmation from Denver district).

As such, these parties who are the subject of the 2241 petition, who are directly violating the Fundamental Right of Access are in direct violation of 18 USC §241 and I am specifically petitioning the court now as a criminal complaint and am specifically requesting a formal criminal investigation by an independent party to resolve this.

ADX staff, to preserve its public face, IS, in fact and in law, in violation of conspiracy to violate constitutional rights as specifically defined by the statute 18 USC §241, and as described both in this letter about the 2241 filing itself, which is missing and as described fully in the 2241 filing.

I should never have trusted them. When the petition does arrive, IF it does, it is likely to have been tampered with (spiteful retaliation) such as: pages out of numerical order, redactions or damage/destruction of pages. If so, then this would be yet another criminal violation.

Please assign an independent investigator immediately (internal retaliation is inevitable) as BOP staff are NOT immune from criminal prosecution, and these are criminal acts of the highest order. These felonies (18 USC §241) are designed to cover up for their other felonies listed in the 2241 petition, and like other similar crimes of abuse-of-office, it is the cover up that is worse than the original crime.

Respectfully submitted, 8-9-16
James Everett Dutschke, /s/ James Everett Dutschke